1   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
2   Patrick Fredette, #207284
      *patrick.fredette@mccormickbarstow.com*
3   Timothy R. Sullivan, #128467
      *timothy.sullivan@mccormickbarstow.com*
4   7647 North Fresno Street
5   Fresno, California 93720
    Telephone:    (559) 433-1300
6   Facsimile:    (559) 433-2300

7   Attorneys for Defendant LIBERTY SURPLUS
8   INSURANCE CORPORATION

9

10              UNITED STATES DISTRICT COURT

11      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12

13   PUBLIC SERVICE MUTUAL INSURANCE          Case No. 2:14-CV-00226-MCE-KJN
     CO.,
14                                            **STIPULATION AND ORDER TO**
15              Plaintiff,                    **CONTINUE MANDATORY**
                                              **SETTLEMENT CONFERENCE**
16         v.

17   LIBERTY SURPLUS INSURANCE
     CORPORATION, et al.,
18
19              Defendant.

20         By way of a signed stipulation submitted July 10, 2015 (ECF No. 18), the parties stipulated to

21   the following:

22         Plaintiff Public Service Mutual Insurance Company ("Public Service") and Defendant Liberty

23   Surplus Insurance Corporation ("Liberty Surplus") previously participated in mediation efforts in

24   relation to the underlying liability action (*Balfour v. Fair Oaks Fountains, LLC, et al.*, Sacramento

25   County Superior Court Case No. 34-2010-00082562).  Those mediation efforts did not resolve the

26   dispute between Public Service and Liberty Surplus.  Based on the parties' continued discussions, they

27   believe that the mandatory settlement conference scheduled for July 30, 2015, should be postponed to

28   a date in October that will accommodate the Court's schedule.  Because of the dispute between the

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

parties, and past mediation efforts, the parties believe that a settlement conference will be more productive after the parties file respective motions for summary judgment, which one or both parties are in the process of preparing and conferring regarding dates.  The parties believe that a settlement conference will be an unproductive use of the Court's time, as well as the parties' time, prior to the filing of the motions for summary judgment.

In light of the foregoing, the parties stipulate to request the Court continue the Mandatory Settlement Conference currently set for July 30, 2015 at 10:00 a.m., to a date and time to be selected by the Court in October 2015.

## ORDER

Pursuant to the parties' signed stipulation (ECF No. 18), it is hereby ORDERED that the Mandatory Settlement Conference scheduled for July 30, 2015 is VACATED.  Although the parties requested that the settlement conference before the Honorable Edmund F. Brennan be held in October 2015, Judge Brennan is not available for a settlement conference in that month; the earliest he is available thereafter is November 19, 2015.  Accordingly, the Mandatory Settlement Conference shall be held on November 19, 2015, at 10:00 a.m. in Courtroom 8 before the Honorable Edmund F. Brennan.

Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720