McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Timothy R. Sullivan, #128467
  *timothy.sullivan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant LIBERTY SURPLUS
INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PUBLIC SERVICE MUTUAL INSURANCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, et al.,<br><br>Defendant. | Case No. 2:14-CV-00226-MCE-KJN<br><br>**ORDER TO CONTINUE DATE FOR EXPERT WITNESS INFORMATION EXCHANGE** |

Plaintiff Public Service Mutual Insurance Company ("Public Service") and Defendant Liberty Surplus Insurance Corporation ("Liberty Surplus") previously participated in mediation efforts in relation to the underlying liability action (*Balfour v. Fair Oaks Fountains, LLC, et al.*, Sacramento County Superior Court Case No. 34-2010-00082562) which did not resolve the dispute between Public Service and Liberty Surplus.  Because of the nature of the issues, past mediation efforts, and information and documents exchanged in discovery, the parties believe that the dispute is amenable to summary judgment or partial summary judgment, which one or both parties are in the process of preparing and conferring regarding dates.  The parties believe that exchange of expert witness information prior to resolution of those motions would be premature, and an unnecessary expenditure

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

ORDER TO CONTINUE DATE
FOR EXPERT WITNESS INFORMATION EXCHANGE

1  of their respective resources, and would have to be amended following summary judgment or partial
2  summary judgment rulings.
3      In light of the foregoing, the parties submitted a signed stipulation (ECF No. 20) in which they
4  requested that the Court continue the current August 25, 2015 deadline for exchange of expert witness
5  information to November1, 2015, to allow time for motions for summary judgment and/or partial
6  summary judgment to be filed and heard.
7      Pursuant to the parties' signed stipulation (ECF No. 20) and a showing of good cause, the
8  August 25, 2015 deadline for exchange of expert witness information is VACATED, and the deadline
9  for exchange of expert witness information shall be November 1, 2015.  This Order does not affect
10 any other deadlines identified in the January 15, 2015 Pretrial Scheduling Order (ECF No. 17).
11     IT IS SO ORDERED.

Dated: August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
ORDER TO CONTINUE DATE FOR
EXPERT WITNESS INFORMATION EXCHANGE