DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
BRIAN J. O'CONNOR, State Bar No. 155159
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Plaintiff
PUBLIC SERVICE MUTUAL INSURANCE CO.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC SERVICE MUTUAL INSURANCE CO. | Case No. 2:14-cv-00226-MCE-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE OF MOTION FOR SUMMARY JUDGMENT AND TO EXTEND TIME FOR OPPOSITION AND REPLY PAPERS** |
| vs. | |
| LIBERTY SURPLUS INSURANCE CORPORATION, et al. | |
| Defendants. | |

Plaintiff PUBLIC SERVICE MUTUAL INSURANCE CO. ("PSMIC") and defendant

LIBERTY SURPLUS INSURANCE CORPORATION ("LSIC") hereby stipulate to continue the

date for the hearing on LSIC's Motion for Summary Judgment from December 17, 2015 to

**January 14, 2016** at 2:00 p.m. in Courtroom 7.

PSMIC and LSIC also stipulate to extend the deadline to file an opposition to the Motion

for Summary Judgment from November 12, 2015 to **December 3, 2015**, and to extend the

deadline to file a reply to the opposition from November 26, 2015 to **December 24, 2015**.

/ / /

/ / /

/ / /

1    Dated:  November ___, 2015              DIEPENBROCK AND COTTER

2

3                                           By:   _____
                                                  Brian J. O'Connor
4                                                 Attorneys for Plaintiff PUBLIC SERVICE
                                                  MUTUAL INSURANCE CO.
5

6    Dated:  November ___, 2015              McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP
7

8                                           By:   _____
9                                                 Timothy R. Sullivan
                                                  Attorneys for Defendant LIBERTY
10                                                SURPLUS INSURANCE CORPORATION

11

12                                    **ORDER**

13           The parties' stipulation is hereby adopted and IT IS ORDERED that the hearing on

14   LIBERTY SURPLUS INSURANCE CORPORATION's Motion for Summary Judgment is

15   continued from December 17, 2015 to **January 14, 2016** at 2:00 p.m. in Courtroom 7.

16           IT IS FURTHER ORDERED that the deadline to file an opposition to the Motion for

17   Summary Judgment is extended from November 12, 2015 to **December 3, 2015**, and the deadline

18   to file a reply to the opposition is extended from November 26, 2015 to **December 24, 2015**.

19

20   DATED:  November 12, 2015

21

22

23                                           _____
                                             MORRISON C. ENGLAND, JR. CHIEF JUDGE
24                                           UNITED STATES DISTRICT COURT

25

26

27

28

STIPULATION AND ORDER TO CONTINUE
HEARING DATE OF MOTION FOR SUMMARY JUDGMENT