McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Timothy R. Sullivan, #128467
  *timothy.sullivan@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant LIBERTY SURPLUS
INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PUBLIC SERVICE MUTUAL INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY SURPLUS INSURANCE CORPORATION, et al., <br><br> Defendant. | Case No. 2:14-cv-00226-MCE-KJN <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT** |

**STIPULATION**

Plaintiff PUBLIC SERVICE MUTUAL INSURANCE CO. ("PSMIC") and defendant LIBERTY SURPLUS INSURANCE CORPORATION ("LSIC") hereby stipulate to extend the deadline for defendant to file a reply to plaintiff's opposition to defendant's motion for summary judgment from December 24, 2015 to January 7, 2016.

This stipulation is the result of schedule impacts that flow from the holiday season and because counsel for LSIC has several additional court filings on unrelated matters the week of December 21, 2015.

Dated: December 18, 2015

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/
Patrick Fredette
Timothy R. Sullivan
Attorneys for Defendant LIBERTY SURPLUS
INSURANCE CORPORATION

Dated: December 18, 2015

DIEPENBROCK & COTTER LLP

By: /s/
Brian O'Connor
Attorneys for Plaintiff
PUBLIC SERVICE MUTUAL
INSURANCE COMPANY

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the deadline for defendant to file a reply to the opposition is extended from December 24, 2015 to January 7, 2016. The hearing date on the motion remains set for January 14, 2016 at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: December 22, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

STIPULATION AND ORDER TO EXTEND TIME
TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT