1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  BRIAN J. O'CONNOR, State Bar No. 155159
   1435 River Park Drive, Suite 400
3  Sacramento, California 95815
   T: (916) 565-6222 | F: (916) 565-6220
4  E: jpc@diepenbrockcotter.com | bjo@diepenbrockcotter.com

5  Attorneys for Plaintiff
   PUBLIC SERVICE MUTUAL INSURANCE CO.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 PUBLIC SERVICE MUTUAL INSURANCE       Case No. 2:14-cv-00226-MCE-KJN
   CO.
12                                        **STIPULATION OF DISMISSAL [FRCP**
                    Plaintiff,            **41(A)] AND ORDER OF DISMISSAL**
13
   vs.
14
   LIBERTY SURPLUS INSURANCE
15 CORPORATION, et al.

16                  Defendants.           Complaint Filed: January 22, 2014
                                          Trial Date:      None
17

18        Plaintiff PUBLIC SERVICE MUTUAL INSURANCE CO. and Defendant LIBERTY

19 SURPLUS INSURANCE CORPORATION hereby stipulate under Federal Rule of Civil

20 Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of

21 action, and parties, with each party bearing that party's own attorney's fees and costs.

22

23 DATED: May 9, 2018              DIEPENBROCK & COTTER, LLP

24                                 */s/ Brian J. O'Connor*

25                                 _____
                                   By: BRIAN J. O'CONNOR
26                                 Attorneys for Plaintiff
                                   PUBLIC SERVICE MUTUAL INSURANCE CO.

27 / / /

28 / / /

DATED: May 9, 2018                         McCORMICK, BARSTOW, LLP

/s/ *Patrick Fredette*

_____
By: PATRICK FREDETTE
Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORP.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE